THE UNITED STATES
DISTRICT FEDERAL COURTHOUSE

NANCY L. WALKER, PETITIONER

UNITED STATES

NIC: W574598819
DCA: 039 543 6940
VOLUSIA COUNTY
CASE NO: 2021-304897-CFDB
6:22-CV-402-GKS-LHP

MOTION FOR EMERGENCY INTERVENTION AND WRIT OF HABEAS CORPUS

2022 FEB 23 PM 3:20 [stamp: U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA]
Filed

(1) NANCY L. WALKER, AKA. MICHELE JOHNSON, PETITIONER IS A FEDERAL PRISONER IN STATE CUSTODY. WHILE BEING HELD AT VOLUSIA COUNTY CORRECTION JAIL IN DAYTONA BEACH, FLORIDA, PETITIONER IS CURRENTLY BEING ATTACKED BY JAIL GUARDS WHO INTENTIONALY & MALICIOUSLY ARE TRYING TO INFECT ME & OTHER INMATES WITH THE KILLER VIRUS COVID-19, USING THIS DEADLY VIRUS AS A WEAPON TO INJURE AND MURDER. WE FEAR MORE INJURIES & POSSIBLE COUNTY & STATE LIABLE DEATHS WILL OCCUR. I DO NOT FEEL SAFE IN VOLUSIA COUNTY JAIL. WITH MY FAILING HEALTH AND 70 YRS OF AGE, COVID-19 IS A DEATH SENTENCE FOR ME. I BELIEVE MY LIFE & OTHERS ARE IN JEOPARDY. RELEASE THE "HOLD" ON THIS 14+ YEAR 2009 CASE OR TRANSFERR ME TO A SAFE LOCATION UNDER AUTHORITY FEDERAL R. CRIM PRO 32.1 AND 28 USC 1455

(2) PETITIONER WAS DELIBERTLY EXPOSED AND FORCED "TWICE" TO SHARE A SMALL 24/7 LOCKED DOOR CELL WITH COVID-19 POSITIVE INMATES AND "TWICE" FORCED IN A "HIGHLY INFECTED COVID-19 RECOVERY AREA" ALL WITHIN A CONSECUTIVE #15 DAY PERIOD AND WAS MOVED #7 TIMES IN #24 DAYS FROM DIRTY CELL TO DIRTY CELLS AS FOLLOWS: (a) 1-20-22 → PETITIONER COMPLETED QUARANTINE → LATER THAT DAY A COVID-19 POSITIVE INMATE WHO OPENLY COMPLAINED OF A HIGH FEVER, CHILLS, LOSS OF TASTE, HAD A FLUSHED RED FACE WAS "FORCED" IN THE SAME CELL WITH PETITIONER BY JAIL GUARDS "L. CHESTER" AND "HALL-JOHNSON". LATER THAT AFTERNOON THE COVID-19 POSITIVE INMATE & I WERE BOTH FORCED TO MOVE TO A "HIGHLY INFECTED COVID-19 RECOVERY AREA → SEG-M-2 UNIT. PETITIONER TESTED NEGITIVE TO COVID-19 → THE COVID-19 POSITIVE CELLMATE AGAIN TESTED POSITIVE TO COVID-19. I WAS REFUSED A SEPARATE CELL TO REDUCE MY EXPOSURE TO COVID-19 KILLER VIRUS.

#1 POSITIVE COVID-19 CELL MATE

(1)

(b) 1-25-22 → Petitioner was moved to same cell location #5 days before and again forced to share a cell with another COVID-19 positive inmate by again guards "L. Chester" & "Hall-Johnson" - #2 positive COVID-19 cellmate.

(c) 1-31-22 → Petitioner was moved back to the "Highly Infected" COVID-19 Recovery Area again, SEG-M-2 Unit, with cellmate #2. Again forced to share a 24/7 doorlocked cell by jail guards "Gomez", "Harris", "Lamar", "Kerns", "L. Chester", "Hall-Johnson" "Rigdon". Again refused separate cell to reduce Petitioners exposure to COVID-19.

(3) Petitioner was able to avoid contracting the virus from #2 cellmates by constantly washing my face & hands, avoiding touching items in cell unnecessarily, seating the furest distance from my #2 COVID-19 positive cellmates and covering my face & body with a sheet & blanket huddled in a far corner to avoid the breath of these COVID-19 positives. I could hear the "gurling sounds" through-out the nights from these COVID-19 suffers trying to remove something out-of-their throates.

(4) 1st Exposure on 1-20-22 → 5 days   #9 days in   All within a
    2nd Exposure on 1-31-22 → 4 days   Total in     Consecutive
                                       Highly Infected Area   #15 day period

(5) Petitioner request this Honorable to allow Federal Agents to physically monitor the inside of Volusia County Jail in Daytona Beach, FL and order a full investigation be conducted to Protect & Prevent further abuse of all inmates. The Federal Courts are invested with jurisdictional powers over all State & County facilites for the purpose of protecting human life.

(6) Local remedies have been sought-out with no responce and no resulations. Currently, this jail has no supervision.

(7) Petitioners incoming & out-going mail is being tampered with by Volusia County Guards. For weeks, expected mail has not arrived and some out-going mail has been unnessarily delayed.

(8) There is a drug & alcohol jail guard problem as well. Volusia County guards have red glassey eyes using profanity to

(2)

TO HARASS WITH AGGRESSIVE OUT-BURSTS, THEY WALK AROUND THE JAIL WITH RIFEL STYLE SHOULDER STRAPPED FIREBALL STUN GUNS POINTED AT THE BACKS OF HANDCUFFED INMATES IN CLOSE RANGE. THE GUARDS HAVE A SPEEDY-HURRIED BEHAVIOR ALL DAY AMAZINGLY STILL FULL OF ENERGY AFTER THEIR 10TH-11TH-12TH HOUR ON DUTY. SUPRISE DRUG TESTING IS NEEDED.

(9) PETITIONER REQUEST HABEAS CORPUS AS FOLLOWS:

(a) PETITIONER HAS NEVER BEEN ACCUSED OR CONVICTED OF A VIOLENT CRIME. (b) IS NOT A DANGER TO SOCIETY. (c) NEVER ANY DRUGS OR ALCOHOL. (d) IS IN FAILING HEALTH (e) HAS NOT BEEN ARRESTED IN 14+ YEARS (f) HAS CUSTODY OF 2 GRANDCHILDREN.

WHEREFORE, PETITIONER REQUEST THIS COURT:
TO: (1) PROTECT VOLUSIA COUNTY JAIL INMATES FROM FURTHER INJURY (2) RELEASE PETITIONERS HOLDBONDS.

RESPECTFULLY SUBMITTED,

Nancy L. Walker    2-21-22
NANCY L. WALKER
Booking No # 1092176

---

I, NANCY L. WALKER, AKA MICHELE JOHNSON, PETITIONER STATES IN SUPPORT OF MY REQUEST TO PROCEED IN FORMA PAUPERIS, STATES I AM UNABLE TO PAY THE COST OF THIS CASE OR GIVE SECURITY FOR AND I AM ENTITLED TO REDRESS.

Nancy L. Walker    2-21-22
NANCY L. WALKER            DATE

(3)